UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                             :
LGN INTERNATIONAL, LLC,                :
                            Plaintiff,  :
                                           :      20 Civ. 3185 (LGS)
                -against-                  :
                                           :      <u>ORDER</u>
HYLAN ASSET MANAGEMENT, et al.,    :
                       Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Orders at Dkt. Nos. 7 and 16, required the parties to file a proposed case management plan and joint letter by August 6, 2020;

       WHEREAS, the parties filed a proposed case management plan, *see* Dkt. No. 23, but failed to timely submit the joint letter; it is hereby

       **ORDERED** that, by **August 10, 2020, at noon**, the parties shall file the joint letter.

Dated: August 7, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE