UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :
LGN INTERNATIONAL, LLC, et al.         :
                                Plaintiffs,   :
                                                       :         20 Civ. 3185 (LGS)
                    -against-               :
                                                       :         <u>ORDER</u>
HYLAN ASSET MANAGEMENT, et al.,   :
                              Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pre-trial conference is currently scheduled for August 13, 2020, at 10:40 A.M.

      WHEREAS, on August 4, 2020, Defendants filed a pre-motion letter seeking to move to dismiss. See Dkt. No. 17. On August 11, 2020, Plaintiffs filed a letter response asserting an intention to amend the complaint. *See* Dkt. No. 31. It is hereby

      **ORDERED** that the initial pre-trial conference, scheduled for August 13, 2020, is **CANCELLED**. An order of reference to the Magistrate Judge for general pre-trial will issue separately. It is further

      **ORDERED** that Defendants' pre-motion letter seeking leave to file a motion to dismiss is DENIED without prejudice to renewal following Plaintiffs' filing of an amended complaint.

Dated: August 11, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE