UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LGN INTERNATIONAL, LLC AND PRUDENT INVESTIMENTOS LTDA,<br><br>                Plaintiffs,<br><br>-v-<br><br>HYLAN ASSET MANAGEMENT, LLC et al.,<br><br>                Defendants. | CIVIL ACTION NO.: 20 Civ. 3185 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs are directed to file their proposed Second Amended Complaint ("SAC") (see ECF No. 55) by **Tuesday, January 19, 2021**. Defendants may rest upon their Motion to Dismiss (ECF Nos. 52–54) in opposition or may by **Tuesday, January 26, 2021** file a supplement up to ten pages in length addressing the SAC. Plaintiffs' opposition to the Motion to Dismiss shall be filed by **Tuesday, February 9, 2021**, and Defendants' reply, if any, shall be filed by **Tuesday, February 23, 2021**.

Dated:    New York, New York
          December 30, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**