UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

LGN INTERNATIONAL, LLC, and,
PRUDENT INVESTIMENTOS LTDA,

                Plaintiffs,

   - against -

HYLAN ASSET MANAGEMENT, LLC,
ANDREW SHAEVEL,
BAHAMAS MARKETING GROUP,
JOEL TUCKER,
SQ CAPITAL, LLC,
JT HOLDINGS, INC.,
HPD LLC,
HIRSCH MOHINDRA,
MAINBROOK ASSET PARTNERS I, LLC,
WORLDWIDE PROCESSING GROUP LLC,
FRANK A. UNGARO, and
BOBALAW VENTURES,

                Defendants.
-------------------------------------------------------------------------- x

No. 21-cv-940-WMS

**DEFENDANTS HYLAN ASSET MANAGEMENT, LLC, ANDREW SHAEVEL, MAINBROOK ASSET PARTNERS I, LLC, HYLAN DEBT FUND LLC, AND BOBALEW VENTURES' NOTICE OF <u>MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(6)</u>**

Defendants Hylan Asset Management, LLC, Andrew Shaevel, Mainbrook Asset Partners I, LLC, Hylan Debt Fund LLC (improperly sued as "Hyland Debt Fund LLC"), and Bobalew Ventures (improperly sued as "Bobalaw Ventures) (collectively "Moving Defendants"), by and through their attorneys, Lippes Mathias LLP, and pursuant to Federal Rules of Civil Procedure 12(b)(6), hereby move this Court for an Order dismissing Plaintiffs' Second Amended Complaint (Dkt. 65) in its entirety, with prejudice. This Motion is based upon the accompanying Declaration of Dennis C. Vacco, Esq., Plea Agreement of Joel Tucker (Exhibit 1), Declaration of Andrew

Shaevel (Exhibit 2), and Memorandum of Law.  Please be advised that Moving Defendants intend to file a Reply to any Response submitted by Plaintiffs.

WHEREFORE, Moving Defendants, respectfully request that this Court grant their Motion and dismiss Plaintiffs' Complaint with prejudice, together with any other and further relief this Court deems necessary and proper.

Dated: Buffalo, New York
October 29, 2021

                                    Respectfully submitted,

                                    LIPPES MATHIAS LLP

                                  /s/Dennis C. Vacco
                                  Dennis C. Vacco, Esq.
                                  Scott S. Allen Jr., Esq.
                                  Carmen A. Vacco, Esq.
                                  *Attorneys for Moving Defendants*
                                  50 Fountain Plaza, Suite 1700
                                  Buffalo, New York 14202
                                  T: (716) 853-5100
                                  dvacco@lippes.com
                                  sallen@lippes.com

To:    Dahiya Law Offices, LLC
        Karamvir Dahiya
        75 Maiden Lane Suite 506
        New York NY 10038
        Tel:  212 766 8000
        Email:  karam@dahiya.law